UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America,

    Plaintiff,

v.

    CASE NO. 06-60342-CR-GONZALEZ/MARRA

Eric Scrivens,

    Defendant.

## ORDER

**THIS CAUSE** has come before the Court upon Defendant's Pending Motions:

Defendant's Motion to Compel Discovery: Laboratory Report (DE #25); Defendant's Motion to Compel Disclosure of Expert Witness Summaries Pursuant to Federal Rules of Evidence 702, 703 and 705 (DE #31); and Defendant's Motion to Compel Scientific Reports: Weapons, Pursuant to Federal Rule of Criminal Procedure 16(f) (DE #39) were WITHDRAWN by the Defendant and are therefore MOOT.

Defendant's Motion for Specific Demand for Discovery: Origin of Weapons (DE #18), is deemed not ripe for disposition and ruling thereon will be reserved for trial.

With respect to the three remaining motions, Defendant's Motion Compel Discovery About Cooperating Witness (DE # 23); Motion for Discovery according to *Giglio v. United States* (DE #24); and Defendant's Specific Demand for Discovery: *Brady* and *Giglio* (DE #38) said motions are GRANTED IN PART and DENIED IN PART, to wit:

The motions are **GRANTED** as follows:

The Government is ordered to produce the following:

1) The informant's true full name

2) All of the informant's aliases

3) All information required under paragraphs D and E of this Court's Standing Discovery Order

4) The names and docket numbers of cases where the informant testified as a cooperative witness or confidential informant within the past five years

5) Any cooperation agreement that exists on has existed within the past five years between the informant and the Bureau of Alcohol Tobacco and Firearms or any other federal law enforcement agency

6) Any cooperation agreement including the financial incentive for each such case in which the informant has cooperated with federal law enforcement

7) If the informant did not receive a financial payment, the government must disclose information regarding any benefits the informant received pursuant to or as a result of his cooperation with federal law enforcement

8) All evidence of any benefit that the informant received as a result of his cooperation in the following cases:

    a) *United States v. Robert Allen, et al,* case no. 04-60156-CR-COHN

    b) *United States v. Fednert Orisnord, et al,* case no. 05-60022-CR-DIMIITROULEAS

    c) *United States v. John Watson, et al,* case no. 06-

60141-CR-DIMITROULEAS

d) *United States v. Hamilton Forrester, et al,* case no. 04-60130-CR-COHN

e) *United States v. George Lee Jackson, et al,* case no. 04-60298-CR-MARRA.

All production is ordered by 5:00 P.M. Friday, May 4, 2007.

All requests not specifically granted herein are **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of April 2007.

[signature]
JOSE A. GONZALEZ, JR
UNITED STATES DISTRICT JUDGE

cc: All Counsel